Pearson, J.
 

 An action of trover, or any other action,
 
 ex delicto
 
 for damages, may be maintained by one of several tenants in common, unless the
 
 nonjoinder
 
 be pleadedin abatement, and the plaintiff recover his aliquot part of the damages, for the reason that damages are divisible. It is otherwise in the action of “ detinue.” Treating it as an action
 
 ex
 
 
 *284
 

 contractu,
 
 it falls tinder a well-settled general rule, and treating it as an action
 
 ex delicto,
 
 we think it cannot be maintained by one of several tenants in common, and the objection may be taken advantage of, upon the general issue, or by demurrer, or motion in arrest; for in detinue the specific thing is recovered which is not
 
 divisible
 
 / so the plaintiff cannot recover his aliquot part, and if allowed to recover at all, must get the whole, which.would be more than .he is entitled to.
 

 The same reason applies to the action of replevin ; and although'it is an action
 
 ex
 
 delicto, one of several tenants in common cannot maintain it. The reason and authorities cited in
 
 Hart
 
 v. Fitzgerald, 2 Mass. Rep. 509, to which we were referred on the argument, fully support this distinction.
 

 As the first point is with the defendant, we are not at liberty to enter upon an interesting question presented by the second. The
 
 only subject
 
 of the gift, being a negro
 
 man,
 
 does-not that prevent the limitation over- from being too remote by confining it to a life in being ?
 

 There is no error.
 

 Pee Cueiam, Judgment affirmed.